IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLYNN E. MCNABB,

        Petitioner,                    No. CIV S-08-1579-DAD P

    vs.

UNKNOWN,

        Respondent.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In his application, petitioner challenges a judgment of conviction entered in the Calavares County Superior Court. Calavares County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

/////

/////

1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2    1.  This action is transferred to the United States District Court for the Eastern

3 District of California sitting in Fresno; and

4    2.  All future filings shall reference the new Fresno case number assigned and

5 shall be filed at:

6       United States District Court
      Eastern District of California
7       2500 Tulare Street
      Fresno, CA 93721

9 DATED: July 17, 2008.

                      /s/ Dale A. Drozd
                      DALE A. DROZD
                      UNITED STATES MAGISTRATE JUDGE

13 DAD:cm
mcna1579.109

2