UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLYNN E. MCNABB,              )<br>                                              )<br>         Petitioner,            )<br>                                              )<br>     v.                              )<br>                                              )<br>UNKNOWN,                         )<br>                                              )<br>         Respondent.      )<br>_____) | 1:08-CV-01024 GSA HC<br><br>ORDER DISREGARDING PETITIONER'S AUGUST 21, 2008, RESPONSE TO COURT ORDER<br><br>ORDER GRANTING EXTENSION OF TIME |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 24, 2008, the undersigned issued an Order notifying Petitioner that he had failed to name a respondent. Petitioner was notified who would be the proper respondent in a habeas case, such as the warden of his institution. He was advised that his failure to name a proper respondent is grounds for dismissal for lack of jurisdiction; nevertheless, Petitioner was granted an opportunity to file a motion to amend the petition to name a proper respondent to cure this deficiency.

On August 21, 2008, Petitioner filed an untitled document which the Court assumes is a response to the Court's Order. However, the document fails entirely to follow the Order in naming a proper respondent, and fails to serve any other purpose. Therefore, the document will be disregarded. Petitioner will be granted one final opportunity to name a proper respondent, and he is warned that failure to do so will result in dismissal of the case.

1  Accordingly, IT IS HEREBY ORDERED:

2  1) Petitioner's document filed August 21, 2008, is DISREGARDED; and

3  2) Petitioner is GRANTED fifteen (15) days from the date of service of this Order to file a

4 motion to amend the petition to name a proper respondent.

6  IT IS SO ORDERED.

7  Dated:   **August 26, 2008**                    /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE